**SUB**
LESLIE APARK, ESQ.
Nevada Bar No. 8870
630 South Seventh Street
Las Vegas, NV 89101
Telephone 702-382-3847
Attorney for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:14-cr-00331-MMD-VCF |
| Plaintiff, ) | |
| vs. ) | |
| ANTONIO MONTES-RUIZ ) | |
| Defendant. ) | |

### SUBSTITUTION OF ATTORNEY

It is hereby requested that Leslie A. Park, ESQ. 630 South Seventh Street. 702-382-3847, substituted as attorney of record in place and stead of Shawn R. Perez.

DATED this <u>19</u> day of December, 2014      /s/ Leslie Park
                                                LESLIE PARK

DATED this <u>23</u> day of December, 2014      /s/ Shawn R. Perez
                                                SHAWN R. PEREZ

DATED this <u>19</u> day of December, 2014      /s/ Antonio Montes-Ruiz
                                                ANTONIO MONTES-RUIZ

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: ____12-24-2014