# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> ANTONIO MONTES-RUIZ ) <br> ) <br> Defendant. ) <br> ) | 2:14-cr-00331-MMD-VCF <br><br><br><br> **ORDER** |

On January 20, 2015, this Court granted the defendant's request that new counsel be appointed, as stated on the record.

Accordingly, IT IS HEREBY ORDERED that Shawn Perez, is APPOINTED as counsel for Antonio Montes-Ruiz in place of Leslie Park for all future proceedings.

Leslie Park's office shall forward the file to Mr. Perez forthwith.

DATED this 20th day of January, 2016.

_____
UNITED STATES DISTRICT JUDGE